IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| WESTERN-SOUTHERN LIFE ASSURANCE COMPANY, | § § § § § § § § § § § § § | 5-20-CV-01400-JKP-RBF |
| *Plaintiff,* | | |
| vs. | | |
| ANDRE MCDONALD, A. M., A MINOR, BY AND THROUGH THE MINOR'S NEXT FRIEND AND/OR GUARDIAN; | | |
| *Defendants.* | | |

**ORDER**

Before the Court is the status above-referenced case, which was referred for resolution of all nondispositive pretrial matters. *See* Dkt. No. 5. The Court has authority to enter this Order pursuant to 28 U.S.C. § 636(b)(1)(A). As discussed further below, Plaintiff Western-Southern Life Assurance Company must timely move for entry of default and default judgment in accordance with Federal Rule of Civil Procedure 55, or this case will be subject to dismissal.

Plaintiff initiated this action against Defendants Andre McDonald and A.M., A Minor, By and Through the Minor's Next Friend and/or Guardian, on December 9, 2020. *See* Dkt. No. 1. The record reflects that the Plaintiff served Defendant Andre McDonald, on January 20, 2020, and a waiver of service was signed by the next friend and/or guardian of A.M. on April 9, 2021. *See* Dkt. Nos. 7 and 8. To date, the Defendants have failed to answer or otherwise respond, and there has been no activity in this case since Plaintiff filed proof of service.

Local Rule CV-55 provides, "[i]f a defendant is in default, the court may require the plaintiff to move for entry of default and a default judgment. If the plaintiff fails to do so within the prescribed time, the court may dismiss the action, without prejudice, as to the defendant."

**IT IS THEREFORE ORDERED THAT** within **21 days** from the date of this Order, the Plaintiff shall move for entry of default and default judgment in accordance with Federal Rule of Civil Procedure 55. Failure to timely do so will subject Plaintiff's claims to dismissal.

**IT IS SO ORDERED**.

SIGNED this 4th day of August, 2021.

                                                RICHARD B. FARRER
                                              UNITED STATES MAGISTRATE JUDGE