UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**WESTERN-SOUTHERN LIFE ASSURANCE COMPANY,**

   *Stakeholder*,

v.

**ANDRE MCDONALD, A. M., A MINOR, BY AND THROUGH THE MINOR'S NEXT FRIEND AND/OR GUARDIAN;**

   *Defendants*.

Case No.  SA-20-CV-01400-JKP

## O R D E R

    Before the Court is Interpleader/Stakeholder, Western-Southern Life Assurance Company's ("Western-Southern") Motion for Default Judgment. *ECF No. 14*.

    On September 14, 2015, this Court granted Western-Southern's Motion to Deposit Funds in the Court's Registry and dismissed Western-Southern from this action. Because Western-Southern is no longer a party, the Motion for Default Judgment is now moot.

    Accordingly, Western-Southern's Motion for Default Judgment is DENIED AS MOOT.

It is so ORDERED.
SIGNED this 15th day of September, 2021.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE