UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**WESTERN-SOUTHERN LIFE ASSURANCE COMPANY,**

*Plaintiff*

v.　　　　　　　　　　　　　　　　　　No. SA-20-CV-01400-JKP

**ANDRE MCDONALD, A. M., A MINOR, BY AND THROUGH THE MINOR'S NEXT FRIEND AND/OR GUARDIAN;**

*Defendants*

# O R D E R

On September 14, 2015, this Court granted Western-Southern Life Assurance Company's ("Western-Southern") Motion to Deposit Funds in the Court's Registry and dismissed Western-Southern from this action. Consequently, Western-Southern is no longer a party to this action.

A status conference is hereby scheduled for October 27, 2021 at 1:00 PM in Courtroom 4 on the third floor of the John H. Wood Jr. Federal Courthouse. In particular, the Court will discuss re-alignment of the parties, the current status and process going forward given the procedural posture of this matter. If Mr. McDonald is or will be represented by counsel, such counsel shall enter an appearance prior to the status conference.

Any out-of-town counsel and Mr. McDonald may appear telephonically or by Zoom for the Status Conference, and if desired, should contact Magda Muzza, the Courtroom Deputy to receive the call-in information or the Zoom link within 48 hours of the scheduled conference. Ms. Muzza can be reached at (210) 244-5021 or Magda_Muzza@txwd.uscourts.gov.

The status conference will be recorded by a Court Reporter. The use of speaker phone and any recording of this proceeding is prohibited.

It is so ORDERED.
SIGNED this 15th day of September, 2021.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE