UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**WESTERN-SOUTHERN LIFE AS-SURANCE COMPANY,**

*Plaintiff*,

v.

**ANDRE MCDONALD, A. M., A MINOR, BY AND THROUGH THE MINOR'S NEXT FRIEND AND/OR GUARDIAN;**

*Defendants*.

Case No. SA-20-CV-01400-JKP

## O R D E R

On September 14, 2021, this Court granted Western-Southern Life Assurance Company's Motion to Deposit Funds into the registry of the Court. *ECF No. 16*. In this Order this Court directed the Clerk of the Court to receive and deposit into the Registry of the Court the amount of $485,988.58, plus applicable interest, less Western-Southern's fees incurred of $10,000.

In accordance with this Order, it is hereby **ORDERED** the Clerk, United States District Court, shall receive and deposit into the Court's Disputed Ownership Fund **$475,988.58, plus applicable interest**.

It is **FURTHER ORDERED** that Western-Southern shall present these funds to the Clerk, United States District Court on or before September 27, 2021.

It is **FURTHER ORDERED** the Clerk, United States District Court, shall, as soon as the business of the office allows, deposit these monies into the Court Registry Investment System ("CRIS"), where it shall remain until further order of the Court.

It is so ORDERED.

SIGNED this 16th day of September, 2021.

                                              JASON PULLIAM
                                              UNITED STATES DISTRICT JUDGE