UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**WESTERN-SOUTHERN LIFE ASSURANCE COMPANY,**

*Plaintiff*

v.   No. SA-20-CV-01400-JKP

**ANDRE MCDONALD, A. M., A MINOR, BY AND THROUGH THE MINOR'S NEXT FRIEND AND/OR GUARDIAN;**

*Defendants*

## O R D E R

The status conference scheduled for October 27, 2021 at 1:00 PM is hereby rescheduled to begin at **10:00 AM** on the same date in Courtroom 4 on the third floor of the John H. Wood Jr. Federal Courthouse. In particular, the Court will discuss re-alignment of the parties, the current status, and the process going forward given the procedural posture of this matter. If Mr. McDonald is or will be represented by counsel, **such counsel shall enter an appearance prior to the status conference**.

Any out-of-town counsel and Mr. McDonald may appear telephonically or by Zoom for the Status Conference, and if desired, should contact Magda Muzza, the Courtroom Deputy to receive the call-in information or the Zoom link within 48 hours of the scheduled conference. Ms. Muzza can be reached at (210) 244-5021 or Magda_Muzza@txwd.uscourts.gov.

The status conference will be recorded by a Court Reporter. The use of speaker phone and any recording of this proceeding is prohibited.

It is so ORDERED.
SIGNED this 4th day of October, 2021.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE