UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

A. M., A MINOR, BY AND THROUGH
THE MINOR'S NEXT FRIEND
AND/OR GUARDIAN;

  *Plaintiff*,

v.                                          Case No.  SA-20-CV-01400-JKP

ANDRE MCDONALD,

  *Defendant*.

## AMENDED DISBURSEMENT ORDER

On September 14, 2021, this Court granted Western-Southern Life Assurance Company's Motion to Deposit Funds into the Registry of the Court. *ECF No. 16*. On this same date, the Court entered an Agreed Order regarding disbursement of the life insurance proceeds currently held in the Registry of the Court.

Accordingly, the Court **ORDERS** that as soon as the business of the office allows, the United States District Court Clerk shall release monies in the amount of $485,219.86, plus applicable interest to the payee, Caitlin Bennett. The Clerk shall release the funds to the payee by mailing payment to the address of:

    Caitlin Bennett
    Marvel Law Firm
    310 S. St. Mary's St., Suite 1010
    San Antonio, TX 78205

Caitlin Bennett shall receive the funds as Permanent Trustee for the benefit of the child, A.M. and shall disburse the funds pursuant to the terms of the Agreed Order issued this same date. The

funds shall be deposited into an FDIC insured and interest-bearing account for the benefit of the child, A.M.

Release of such funds represents the entire amount held in the Registry of the Court and shall close the account.

The Court further **ORDERS** Caitlin Bennett submit her tax identification number to the attention of the Clerk, United States District Court, financial deputy within ten days from entry of this Order and before the check is released to the payee.

It is so ORDERED.
SIGNED this 27th day of January, 2022.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE