5:22-cv-1400-JKP        10/13/2022

Certified copies of case sent to Bexar County Probate

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

Sent To: Bexar County Probate
Street and Apt. No., or PO Box No.: 100 Dolorosa St.
City, State, ZIP+4®: San Antonio, TX 78205

7021 0950 0000 6879 9784